AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

__Marquis Mason__
Plaintiff

v.

__Sander Hill Staff__
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 07-776

I, __Marquis Mason__, declare that I am the (check appropriate box)

• • Petitioner/(Plaintiff)/Movant    • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees of costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
NOV 28 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    • (Yes)    • •No    (If "No" go to Question 2)

   If "YES" state the place of your incarceration __H.R.Y.C. Institution__

   Inmate Identification Number (Required): __506146__

   Are you employed at the institution? __No__ Do you receive any payment from the institution? __No__

   _Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions_

2. Are you currently employed?    • •Yes    • (No)

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    • • Yes    (• • No)
   b. Rent payments, interest or dividends            • • Yes    (• • No)
   c. Pensions, annuities or life insurance payments  • • Yes    (• • No)
   d. Disability or workers compensation payments     • • Yes    (• • No)
   e. Gifts or inheritances                           • • Yes    • • No
   f. Any other sources                               (• Yes)    • • No

If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive. __I receive money from my uncle and that's only $05 or $0. I don't__

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?     • • Yes    •• No

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   • • Yes    •• No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable. My mother Sheena Mason my brother James Mason and my son. I pay monthly house bills put food on the tables and clothes on our body.

   I declare under penalty of perjury that the above information is true and correct.

   11-11-07
   DATE

   [signature]
   SIGNATURE OF APPLICANT

NOTE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

To whom it may concern,

I am Marquis Mason I will just like to say I receive money from you uncle but that's it. I don't know will it continue being as though I got time on my hands and me got kid's and a wife along with my little brother to take care of. I have the copy of my last receipts for the past 6 months transactions. But I still have to buy soap and the rest of my personal hygein. So if we can work out something that's okay but the time being I can't afford 250.00$. Thank you for your time

Respectfully submitted    God Bless    Marquis Mason

Marquis Mason
SBI# 306146
DCC 1181 Paddock Rd
Smyrna, DE 19607

Clerk of Court
US District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801

WILMINGTON DE 197
27 NOV 2007 PM 3 T

D.M.S.
X-RAY

```
RESIDENT HISTORY REPORT                                              Page 1 of 1

HRYCI
11/13/07 11:19
ST 007 / OPR SJW

SBI              :  506146
Resident Name    :  MASON, MARQUIS
Time Frame       :  06/01/2007 13:04 - 11/13/2007 11:19

-------------------------------------------------------------------------------
Date         Time    Type              ST    OPR    Receipt #      Amount    Balance
-------------------------------------------------------------------------------

06/12/2007   13:39   Order              2    DDT    B172084         11.67     134.14
07/03/2007   13:51   Order              2    DDT    B174959         13.00     121.14
07/06/2007   12:07   Add                4    SEA    D71788          80.00     201.14
07/10/2007   10:46   Order              2    DDT    B175824          7.44     193.70
07/17/2007   09:43   Order              2    DDT    B176753          4.66     189.04
07/24/2007   10:40   Order              2    DDT    B177752         16.38     172.66
07/26/2007   13:40   Credit            11    WLH    K4908            6.82     179.48
08/01/2007   12:29   Order              2    DDT    B178641          9.19     170.29
08/06/2007   12:09   Add                4    gmw    D73393         100.00     270.29
08/08/2007   13:03   Order              2    DDT    B179583         10.89     259.40
08/14/2007   13:08   Order              2    DDT    B180596          3.03     256.37
08/21/2007   13:34   Order              2    DDT    B181574          5.82     250.55
08/29/2007   09:40   Order              2    DDT    B182461          4.26     246.29
09/05/2007   10:19   Order              2    DDT    B183417         10.06     236.23
09/11/2007   08:11   Rec Payment       10    bsp    J12109           0.23     236.00
09/17/2007   12:35   Order              2    DDT    B184924         10.88     225.12
09/25/2007   13:39   Order              2    DDT    B186310          4.49     220.63
10/03/2007   13:17   Order              2    DDT    B187225          9.83     210.80
10/17/2007   12:32   Rec Payment       10    bsp    J12344           0.23     210.57
10/19/2007   06:26   Order              2    DDT    B189143         11.19     199.38
10/22/2007   11:27   Credit            11    AFC    K5791            4.06     203.44
10/23/2007   12:03   Add                4    J      D77741          40.00     243.44
10/23/2007   12:39   Order              2    DDT    B190025          4.55     238.89
11/08/2007   07:44   Order              2    DDT    B191865         13.20     225.69
11/08/2007   13:37   Credit             2    DDT    B191888         13.20     238.89
11/12/2007   13:21   Order              2    AFC    B192412         13.20     225.69
```



RECEIVED
NOV 28 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE