(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Marquis Mason   506146
(Name of Plaintiff)   (Inmate Number)

H.R.U. C.I. Po Box 9561 Wilm/Del 19809
(Complete Address with zip code)

07-776

(2) _____
(Name of Plaintiff)   (Inmate Number)

(Case Number)
( to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

CIVIL COMPLAINT

(1) Rapheal Williams
(2) Medical Committee
(3) Jill Walters
(Names of Defendants)

• • Jury Trial Requested

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

FILED

NOV 28 2007

U.S. DISTRICT COURT
DISTRICT OF DE

I.  PREVIOUS LAWSUITS

A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
including year, as well as the name of the judicial officer to whom it was assigned:

_____

_____

_____

_____

_____

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • (Yes) • •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • (Yes) • •No

C. If your answer to "B" is Yes:

1. What steps did you take? I put in grievance back to back and even wrote Personal letters to them.

2. What was the result? I still hav'nt got seen and one of the Officer throw one of my grievance away

D. If your answer to "B" is No, explain why not: _____

III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: Rapheal Williams
Employed as Warden at H.R.U.C. Institution
Mailing address with zip code: 1301 east 12th Street P.O. Box 9561 Wilm/Del 19809

(2) Name of second defendant: Medical Committe
Employed as Medical at H.R.U.C.I
Mailing address with zip code: 1301 east 12th Street P.O. Box 9561, Wilm/Del, 19809

(3) Name of third defendant: Jill Walter's
Employed as Supervision of ICF at H.R.U.C.I
Mailing address with zip code: 1301 east 12th Street P.O. Box 9561, Wilm/Del, 19809

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

I myself..

1. Anytime an inmate has to put in 10 sick slips and still have yet to seen something is wrong. To have to put in 3 grievance and still haven't seen a doctor yet is bad. I'm only 17 and I'm concerned about my health and the cold I pick up in this jail. My rights are being violated over and over again. The medical committe has no use to inmates on IE and IF (Truth).

2. As an inmate located on IF which is cruel and unusual punishment we only get 1 hour of recreation every 2 days. I under stand being punished for a period of time for breaking

3. rules in the facility. Once that period of time is over where is the drawing line. I've been on IF for 4 months and my penalty phase was over 4 months ago. The officers has thrown half of my mail away and

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I will like the Court to accept my complaint and let me go through with my lawsuit. Also take over and step up concerning the condition of this building. Thank you and

3

stoped it from coming to me (it seem the warden (Rapheal Williams) care's nothing about inmate's on 1E and 1F. We receive no fresh air or fresh water the water we get is connected to the toilet and sewer. Suppose an inmate was Deathly ill how would anybody know. There's no call button's at all. If an inmate kicks on the door to contact a correctional officer, he's consider a problem. Possibly wrote up for disruptive behavior or beat up it happens to me one time personally. Jill Walter's the supervisior of Young Criminal offender Program is part of the reason why I sat in the hole for 6 month's. She has no concern for the teenager's of her pod I understand I was part of problem's but this is unfair and wicked. I'm still human and still a child (D.O.B. '90) and I still have family who care's about me although society and Howard R. Young Doesn't.

Marquis Moson
SBI# 506146, D.O.B-4-23-90

2. God Bless!!

3.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this M,M, day of November-11-, 2007.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



Marquis Mason
SBI #506146
P.O. Box 9561
Wilm, Del, 19809

Clerk
U.S. District Court
Lock Box 18
844 N King Street
Wilm, Del, 19801