IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARQUIS MASON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-776-GMS |
| | ) |
| RAPHEAL WILLIAMS, MEDICAL | ) |
| COMMITTEE and JILL WALTERS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the plaintiff, Marquis Mason ("Mason"), filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on December 5, 2007, this court entered an order granting Mason leave to proceed *in forma pauperis* and requiring Mason to complete and return an authorization form within 30 days from the date the order was sent or the case would be dismissed (D.I.4);

WHEREAS, the time period has lapsed and to date, the authorization form has not been received from Mason;

THEREFORE, at Wilmington this 26th day of Feb, 2008, IT IS HEREBY ORDERED that Mason's complaint is DISMISSED WITHOUT PREJUDICE.

CHIEF, UNITED STATES DISTRICT JUDGE



FILED

FEB 26 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE